E-FILED
Tuesday, 14 March, 2006 10:37:40 AM
Clerk, U.S. District Court, ILCD

Return Receipt for PSR/Sentencing Rec/Statement of Reasons
or Violation Report

**FILED**

MAR 10 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: _US v Douglas Neece_

Case Number: _03-40123_

The appeal time having expired and/or the appeal having been concluded, the original sealed

✓ Pre-Sentence Report

✓ Sentencing Recommendation

____ Statement of Reasons

____ Violation Report

were returned to the Probation Office on _2/1/06_.

Received by: _Mary J. Seaton-Ewers_
U.S. Probation Office

Date: _____

RECEIVED 2006 MAR -6 PM 4:54 US PROB ROCK ISLAND